# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **KIMBERLY ANN WOODS,** *Plaintiff* | § § § § § § § § | |
| **v.** | | **Case No. 1:24-CV-00236-RP** |
| **GENERAL MOTORS, LLC,** *Defendant* | | |

## O R D E R

Defendant General Motors, LLC filed its Answer to Plaintiff Kimberly Ann Woods' Complaint on March 29, 2024. Dkt. 5. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **June 21, 2024**.

**SIGNED** on June 11, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1